# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2014AP337-D |
| COMPLETE TITLE: | In the Matter of Disciplinary Proceedings Against Rebekah Mariya Nett, Attorney at Law: <br><br> Office of Lawyer Regulation, <br>       Complainant, <br>     v. <br> Rebekah Mariya Nett, <br>       Respondent. |

DISCIPLINARY PROCEEDINGS AGAINST NETT

| | |
|---|---|
| OPINION FILED: | August 20, 2014 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | |

| | |
|---|---|
| SOURCE OF APPEAL: | |
|   COURT: | |
|   COUNTY: | |
|   JUDGE: | |

| | |
|---|---|
| JUSTICES: | |
|   CONCURRED: | |
|   DISSENTED: | |
|   NOT PARTICIPATING: | |

| | |
|---|---|
| ATTORNEYS: | |

2014 WI 106

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No. 2014AP337-D

STATE OF WISCONSIN          :          IN SUPREME COURT

**In the Matter of Disciplinary Proceedings Against Rebekah Mariya Nett, Attorney at Law:**

**Office of Lawyer Regulation,**

      **Complainant,**

  **v.**

**Rebekah Mariya Nett,**

      **Respondent.**

**FILED**

**AUG 20, 2014**

Diane M. Fremgen
Clerk of Supreme Court

ATTORNEY disciplinary proceeding. *Attorney's license suspended.*

¶1 PER CURIAM. This is a reciprocal discipline matter. On February 11, 2014, the Office of Lawyer Regulation (OLR) filed a complaint and motion pursuant to Supreme Court Rule (SCR) 22.22 requesting that this court suspend the license of Attorney Rebekah Mariya Nett for a period of one year as reciprocal discipline identical to that imposed by the Minnesota Supreme Court.

¶2 Attorney Nett was admitted to practice law in Wisconsin in 2002. She is also admitted to practice law in Minnesota.

¶3 The OLR's complaint noted that on November 27, 2013, the Minnesota Supreme Court indefinitely suspended Attorney Nett's Minnesota law license with no right to petition for reinstatement for a minimum of nine months for engaging in a pattern of bad faith litigation, including making false and harassing statements toward judges and others involved in litigation against her clients.[1] The Minnesota Supreme Court found that these actions violated Rules 3.1, 4.4(a), 8.2(a), and 8.4(d) of the Minnesota Rules of Professional Conduct.

¶4 On March 19, 2014, this court issued an order directing Attorney Nett to show cause why the imposition of discipline identical to that imposed by the Minnesota Supreme Court would be unwarranted. Although Attorney Nett failed to file a timely response to the order to show cause, on May 6, 2014, she sent a letter to the OLR stating that she did not contest the OLR's complaint.

¶5 Under SCR 22.22(3), in reciprocal discipline matters, this court shall impose the identical discipline unless one of

---

[1] The indefinite suspension imposed by the Minnesota Supreme Court requires Attorney Nett to wait nine months before applying for reinstatement. In Wisconsin, a one-year suspension would give Attorney Nett the right to apply for reinstatement after nine months. See SCR 22.29(1).

2

the enumerated exceptions is shown. There is no indication that any of those exceptions apply in this case.

¶6 IT IS ORDERED that the license of Rebekah Mariya Nett to practice law in Wisconsin is suspended for a period of one year, effective the date of this order.

¶7 IT IS FURTHER ORDERED that Rebekah Mariya Nett shall comply with the requirements of SCR 22.26 pertaining to the duties of a person whose license to practice law in Wisconsin is suspended.